Chicago Title and Trust Company, appellee, v. George Placzkiewicz et al., defendants. Appeal of Walter Plash, appellant. Gen. No. 39,314.

Opinion filed April 19, 1937.

Ewart Harris, for appellant. John O. Hendry, A. Edmund Petersen, Edmund J. Johnson and Melville R. Thompson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Mary Blagay, appellee, v. City of Chicago, appellant. Gen. No. 39,327.

Opinion filed April 19, 1937.

Barnet Hodes, Corporation Counsel and Alexander M. Smietanka, Assistant Corporation Counsel, for appellant; Quin O'Brien, James J. Danaher and Albert Schwartz, Assistant Corporation Counsel, of counsel. Finn & Miller, for appellee; Robert S. Cook, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Northern Trust Company, appellee, v. Aladar Hamburger et al., defendants. Florence L. Hickman and Charles Sharpless Hickman, appellants. Gen. No. 39,383.

Opinion filed April 19, 1937. Rehearing denied May 3, 1937.

Isidore Brown and Albert Langeluttig, for appellants. Wilhartz & Hirsch and Sidney J. & Arthur Wolf, for appellee; Samuel E. Hirsch and Arthur Wolf, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

George F. Harding and Martin H. Kennelly, appellees, v. City of Chicago, appellant. Gen. No. 39,270.

Opinion filed April 19, 1937.

Barnet Hodes, Corporation Counsel and Quin O'Brien, A. M. Smietanka, Adam E. Patterson and Robert M. Sweitzer, Jr., Assistant Corporation Counsel, for appellant. J. J. Coffey, Jr., for appellees.

Mr. Justice O'Connor delivered the opinion of the court.